IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:12-cv-00451

| | |
|---|---|
| REGINA BOSTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OCWEN LOAN SERVICING, LLC., )<br>)<br>Defendant. )<br>)<br>_____ ) | **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Ocwen Loan Servicing, LLC (the "Defendant"), by and through the undersigned counsel, respectfully moves the Court for an Order extending the time within which Defendant may respond to Pro Se Plaintiff's Affidavit. For the purpose of this Motion, Defendant will refer to and treat Plaintiff's Affidavit as a Complaint (the "Complaint"). In support of this Motion, Defendant shows the Court the following:

1. A copy of the Complaint was delivered without a Summons via certified mail to Corporation Service Company ("CSC") on behalf of the Defendant on July 26, 2012.

2. Twenty days from July 26, 2012 is August 15, 2012.

3. A review of the docket indicates that an Order granting Plaintiff's Motion for Leave to proceed in forma pauperis was signed and entered by the Court on July 26, 2012.

4. Further review of the Court's docket indicates that a Summons was issued conventionally to the U.S. Marshal for service upon Defendant. At the time of filing this Motion,

1

undersigned counsel has not been notified of service of the Summons by the U.S. Marshal on Defendant.

5.   However, in an effort to avoid any misunderstanding, but without waiving any available defenses, Defendant respectfully requests this Court to Order an Extension of Time to respond.

6.   The time for Defendant to respond to the Complaint has not expired.

7.   Defendant needs additional time to investigate, to consider all possible defenses to, and to respond to the allegations of the Complaint.

8.   Defendant has not previously requested an extension of time to respond to the Complaint.

9.   There is good cause to extend the time within which Defendant may serve a response to the Complaint, by an additional twenty (20) days, to and including September 4, 2012.

WHEREFORE, Defendant respectfully requests that the Court order that the time within which to serve a response to the Complaint be extended, to and including September 4, 2012.

This the 14th day of August, 2012.

By:   s/ Christina R. Hunoval
Christina R. Hunoval
North Carolina Bar Number: 37194
The Hunoval Law Firm, PLLC
501 Minuet Lane, #104A
Charlotte, NC 28217
Telephone: (704) 334-7114 Ext. 138
Facsimile: (704) 612-4872
E-mail: christi@hunovallaw.com

*Attorneys for Defendant Ocwen Loan Servicing, LLC*

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing Motion For Extension of Time To Respond To Complaint was duly served when the same was deposited into the United States Mail, first-class postage prepaid, addressed as follows:

       Regina Boston
       1220 Ballina Way
       Charlotte, North Carolina 28214

       By:    s/ Christina R. Hunoval
                 Christina R. Hunoval
                 North Carolina Bar Number: 37194
                 The Hunoval Law Firm, PLLC
                 501 Minuet Lane, #104A
                 Charlotte, NC 28217
                 Telephone: (704) 334-7114 Ext. 138
                 Facsimile: (704) 612-4872
                 E-mail: christi@hunovallaw.com