# AMENDED CERTIFICATE OF SERVICE:

# NOTICE OF CORRECTED DATE OF SERVICE

I hereby certify that on November 8, 2012, a copy of the Defendant's Opposition to Plaintiffs Motion to Strike Exhibits (ECF No. 27) was filed electronically and duly served on Plaintiff when the same was deposited in to the United States Mail, first-class postage prepaid. The Certificate of Service for this filing erroneously stated that service was provided on October 8, 2012. Notice of this filing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

I further certify that November 13, 2012, a copy of the foregoing Defendant's Opposition to Plaintiff's Motion to Strike Exhibits was, again, mailed by first-class U.S. Mail, postage prepaid and properly address, to the following:

        Regina Boston
        1220 Ballina Way
        Charlotte, NC 28214

By:   s/ Christina R. Hunoval
       Christina R. Hunoval
       North Carolina Bar Number: 37194
       The Hunoval Law Firm, PLLC
       501 Minuet Lane, #104A
       Charlotte, NC 28217
       Telephone: (704) 334-7114 Ext. 138
       Facsimile: (704) 612-4872
       E-mail: christi@hunovallaw.com

*Attorney for Defendant Ocwen Loan Servicing, LLC*